**FORM 8. Entry of Appearance**                                                                                     Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lunareye, Inc.,     v.     Gordon Howard Assocs., Inc.

No. 16-1413

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Lunareye, Inc.
                                                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Matthew S. Compton, Jr. |
| Law Firm: | Prebeg, Faucett & Abbott PLLC |
| Address: | 8441 Gulf Freeway, Suite 307 |
| City, State and Zip: | Houston, TX 77017 |
| Telephone: | 832.742.9260 |
| Fax #: | 832.742.9261 |
| E-mail address: | mcompton@pfalawfirm.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 15, 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date _Jan. 5, 2016_     Signature of pro se or counsel _/s/ MCJ_

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lunareye, Inc., Appellant v. Gordon * Howard Associates, Inc., Appellee

No. 16-1413

## CERTIFICATE OF SERVICE

Counsel for the Appellant Lunareye, Inc. certifies the following:

    On the 5th day of January, 2016, I served the within **Entry of Appearance for Matthew S. Compton, Jr.** upon the following counsel for Gordon Howard Associates, Inc., Appellee, as well as counsel of record before the PTAB:

| | |
|---|---|
| Stewart Mesher, P.E.<br>Conley Rose, P.C.<br>13413 Galleria Circle, Suite 100<br>Austin, Texas 78738<br>512.610.3410 Phone<br>512.610.3456 Fax<br>smesher@conleyrose.com | Charles Rogers<br>Conley Rose, P.C.<br>1001 McKinney St., Suite 1800<br>Houston, TX 77002-6421<br>713.238.8000 Phone<br>713.238.8008 Facsimile<br>crogers@conleyrose.com |
| Jerry C. Harris, Jr.<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Avenue, Suite 100<br>Dallas, TX 75204<br>jerry.harris@wickphillips.com<br>Telephone: (214) 692-6200<br>Facsimile: (214) 692-6255 | Ryan D. Jenlink (Reg. No. 72,907)<br>Rodney B. Carroll (Reg. No. 39,624)<br>J. Robert Brown, Jr. (Reg. No. 45,438)<br>Conley Rose, P.C.<br>5601 Granite Parkway, Suite 500<br>Plano, TX 75024<br>rjenlink@dfw.conleyrose.com<br>rcarroll@dfw.conleyrose.com<br>rbrown@dfw.conleyrose.com<br>Telephone: 972-731-2288<br>Facsimile: 972-731-2289 |

**via EMAIL**, as previously agreed to as a means of service for documents in this appeal by the parties.

Dated:  January 5, 2016                                       /s/ Matthew S. Compton, Jr.
                                                                                   Matthew S. Compton, Jr.
                                                                                   Prebeg, Faucett & Abbott

8441 Gulf Freeway, Suite 307
Houston, Texas 77017
mcompton@PFAlawfirm.com
cfaucett@PFAlawfirm.com
sabbott@PFAlawfirm.com
Phone: (832) 742-9260
Fax: (832) 742-9261

*Counsel for Appellant Lunareye, Inc.*