NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUNAREYE, INC.,**
*Appellant*

v.

**GORDON * HOWARD ASSOCIATES, INC.,**
*Appellee*

---

2016-1413

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00712.

---

**ON MOTION**

---

**O R D E R**

Lunareye, Inc. moves to clarify this court's February 5, 2016 order. The appellee opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Lunareye's opening brief is due no later than May 4, 2016.

                                            FOR THE COURT

                                            /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court

s31